# EXHIBIT 3

# UNITED STATES DISTRICT COURT
Eastern District of New York

Case Number: 21-cv-02305

**U.S. SECURITIES AND EXCHANGE COMMISSION**

**v.**

**QUARTARARO, PETER R.; et al.**

## DECLARATION OF TIMOTHY JOHN CAHILL, JR

I, Timothy John Cahill, Jr., declare as follows:

1. I am the CEO of Cavalier Courier & Process Service ("CCPS"). I have worked in a management capacity since March 2017. The United States Securities and Exchange Commission ("SEC") contracts with CCPS to provide process service nationwide and has done so since September 2015. CCPS accomplishes this task through various employees and subcontractors across the United States. In my capacity, I support CCPS's performance under its contract with the SEC in various capacities.

2. On June 4, 2021, the SEC instructed CCPS to pursue service of a Summons and Complaint on Peter R. Quartararo ("Quartararo") in the instant matter at 350 Herb Hill Rd, Apt 244H, Glen Cove, NY 11542.

3. CCPS attempted service on Quartararo at the given address and spoke to Lisa Eckert, who stated that she did not know where Quartararo lives. The concierge at this address also had no knowledge of Quartararo's current whereabouts.

4. CCPS performed a skiptrace on Quartararo. The skip trace involved—but was not limited to—searching social media; proprietary, non-public databases; and other records to ascertain the most likely current residential and/or business addresses for Quartararo.

5. CCPS identified 9 Robin Ct, Hicksville, NY 11801 as a possible address for Quartararo. On June 9, 2021, CCPS received no answer at the address but was able to speak to a neighbor. The neighbor stated that he did not recognize the name. CCPS spoke to a woman at the address who identified herself as Quartararo's ex-wife and stated that she had divorced him and was remarried.

6. CCPS redirected service to 120 Windermere Rd, Staten Island, NY 10305. On June 12, 2021, a neighbor confirmed that the Quartararo family still lived at the address. On June 17, 2021, a woman who identified herself as Diane Quartararo and the mother of Quartararo answered the door and accepted service for Quartararo.

7. On June 26, 2021, CCPS spoke with Diane Quartararo again and she stated that she has not seen or spoken to Quartararo in months and clarified that he does not live at 120 Windermere Rd, Staten Island, NY 10305.

8. CCPS redirected service to 79 Atlas Ave, Malverne, NY 11565. On June 28, 2021, CCPS spoke to a female at the residence who matched a photo of Kim DeStefano ("DeStefano"). She stated that Quartararo does not live at the address. CCPS spoke with a neighbor on July 1, 2021, who did not recognize Quartararo's name but believed that she had seen him around. CCPS later discovered that confirmed pictures of Quartararo bear a striking resemblance to confirmed pictures of Vito DeStefano.

9. CCPS attempted service on Quartararo at a previous business address for him: Private Equity Solutions at 400 Jericho Turnpike, New Hyde Park, NY 11040. CCPS did not find the business at the address and a FedEx driver on his route did not recognize the name. There was no answer at any of the businesses or apartments at the address. Neither Quartararo's name nor Private Equity Solutions' name was next to any of the bells for the apartments.

10. On July 9, 2021, at 5:52pm, CCPS posted the documents at the last known address for Quartararo at 350 Herb Hill Rd, Apt 244H, Glen Cove, NY 11542.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2021.

                                                 _____
Timothy John Cahill, Jr., CEO
Cavalier Courier & Process Service
823 S. King Street, Suite C
Leesburg, VA 20175
(703) 431-7085