# EXHIBIT 5

At a term of the Supreme Court, held in and for the County of Nassau at the County Courthouse located at 262 Old Country Road, Mineola, New York on the 3rd day of February 2021

P R E S E N T:

    HON. ROBERT G. BOGLE
    Acting Supreme Court Justice

---

In the Matter of the Application of

MADELINE SINGAS

District Attorney of Nassau County

    for an                                              ORDER OF DISCLOSURE

Order pursuant to section 190.25(4) of the Criminal Procedure Law authorizing the Nassau County District Attorney's Office to disclose records and other information secured by Grand Jury Subpoenas Duces Tecum to agents and employees of the United States Securities and Exchange Commission

---

        Upon reading the annexed Affirmation of Richard Sikes, Assistant District Attorney for the County of Nassau, dated February 3, 2021, for an Order authorizing disclosure of records and information obtained by the Nassau County Grand Jury pursuant to an investigation proceeding under E.C. Number 2/21.

        AND a sufficient factual showing of a particularized need for this disclosure having been made to this Court; and

        UPON a finding that the disclosure of the specified materials would be in the public interest and an appropriate exercise of this Court's discretion; it is

ORDERED that the Office of the Nassau County District Attorney is hereby authorized to disclose, copy and make available to: Richard Best, Regional Director, New York Regional Office, United States Securities and Exchange Commission ("SEC"); Lara Mehraban, Associate Regional Director, New York Regional Office, SEC; Vanessa De Simone, Assistant Regional Director, New York Regional Office, SEC; Bennett Ellenbogen, Senior Counsel, New York Regional Office, SEC; and other attorneys, investigators, auditors, technicians and specialists under their supervision, any and all records, information and materials that have been secured by Grand Jury Subpoena Duces Tecum, and any future records and information that will be secured by Grand Jury Subpoena Duces Tecum, or by Grand Jury testimony, under the auspices of the investigation regarding Peter Quartararo, Leonard Quartararo, and Private Equity Solutions, and proceeding under the heading E.C. Number 2/21.

ORDERED that this order be sealed by the Clerk of the Nassau County Court.

Dated: February 3, 2021
Mineola, New York

HON. ROBERT G. BOGLE
ACTING SUPREME COURT JUSTICE