# EXHIBIT 1

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 21-CV-02305

Date Filed: _____

Plaintiff:
**U.S. Securities & Exchange Commission**

vs.

Defendant:
**Quartararo, Peter R.; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Peter Quartararo, 350 Herb Hill Road, Apt 244H, Glen Cove, NY 11542**.

I, Cheryl Handlin, do hereby affirm that on the **12th day of August, 2021** at **12:20 pm**, I:

Served Summons & Complaint; Civil Cover Sheet to Yana "Doe" at Supply Source, 810 Shames Dr, Westbury, NY 11590 as receptionist/Person Found in Charge, being of suitable position and discretion to accept service. Upon information and belief, Supply Source, 810 Shames Dr, Westbury, NY 11590 is the usual place of business or employment of Peter Quartararo.

**Additional Information pertaining to this Service:**
Fed. R. Civ. P. 4(e)(1) specifies that service may be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Therefore, service may be made in accordance with New York state law. New York CPLR 308 states in relevant part that service may be made "by delivering the summons within the state to a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode of the person to be served." At the time of service, a woman who identified herself as Yana and refused to provide her last name recognized Peter Quartararo's name and indicated that he worked at Supply Source at this address. I certify that on August 13, 2021 the aforementioned documents were mailed to Peter Quartararo at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against Peter Quartararo.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Cheryl Handlin  8/16/2021
LIC# 0827240
Cavalier CPS
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2021008685
Ref: 21-NYRO-029

