UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────
SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

- against -

PETER R. QUARTARARO,

                      Defendant.

-and-

PRIVATE EQUITY SOLUTIONS, INC., LEONARD QUARTARARO, PAUL CASELLA, and LISA ECKERT,

                      Relief Defendants.
───────────────────────────────

**REPLY TO CROSS-CLAIM**

Case No.:
21-cv-2305 (JMA)(AKT)

The Relief Defendant, Leonard Quartararo. by and through his attorneys, Sahn Ward Braff Koblenz PLLC, as and for his Reply to the Cross-Claims contained in the Answer dated October 15, 2021, filed by Relief Defendant Lisa Eckert, hereby states as follows:

**AS AND FOR A RESPONSE TO CROSS-CLAIMS FOR INDEMNIFICATION AND CONTRIBUTION AGAINST DEFENDANTS**

1. Denies the allegations in Paragraph "67" of the Cross-Claim.

2. Denies the allegations in Paragraph "68" of the Cross-Claim.

3. Denies the allegations in Paragraph "69" of the Cross-Claim.

**WHEREFORE**, the Relief Defendant, Leonard Quartararo, respectfully requests that the Court:

    A. Dismiss the Cross-Claims of Defendant in their entirety with prejudice;

    B. Award the Defendant attorneys' fees, costs, and disbursements; and

1

C.   Grant such other and further relief as the Court deems just and proper.

Dated: Uniondale, New York
       November 1, 2021

                                    SAHN WARD BRAFF KOBLENZ PLLC

                              By:   _____
                                    ROBERT A. ABIUSO, ESQ.
                                    333 Earle Ovington Boulevard, Suite 601
                                    Uniondale, New York 11553
                                    516-228-1300
                                    *Attorneys for Relief Defendant Leonard Quartararo*

**TO:** VIA ECF

**BENNETT ELLENBOGEN, ESQ.**
**LARA SHALOV MEHRABAN, ESQ.**
**RICHARD R. BEST, ESQ.**
**U.S. SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
212-336-0062
*Attorneys for Plaintiff*

**CRISTIN N. CONNELL, ESQ.**
**NASSAU COUNTY DISTRICT ATTORNEY'S OFFICE**
262 Old Country Road
Mineola, New York 11501
516-571-3800
*Attorneys for Plaintiff*

**JOSEPH W. MURRAY, ESQ.**
185 Great Neck Road, Suite 461
Great Neck, New York 11021
646-838-1702
*Attorneys for Defendant, Paul Casella*

**MICHAEL CASSELL, ESQ.**
**HOGAN & CASSELL, LLP**
500 North Broadway, Suite 153
Jericho, New York 11753
(516) 942-4700
*Attorneys for Defendant Lisa Eckert*

Docket No. 2:21-CV-02305-JMA-AKT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

PETER R. QUARTARARO,

Defendant,

-and-

PRIVATE EQUITY SOLUTIONS, INC., LEONARD QUARTARARO, PAUL CASELLA, and LISA ECKERT,

Relief-Defendants.

## REPLY TO CROSS-CLAIM

**SAHN WARD BRAFF KOBLENZ PLLC**
*Attorneys for LEONARD QUARTARARO*
*Office and Post Office Address, Telephone*
The OMNI
333 Earle Ovington Boulevard, Suite 601
Uniondale, New York 11553
(516) 228-1300

To

Service of a copy of the within is hereby admitted.

Dated,

Attorney(s) for