

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

January 4, 2023

**Via ECF**

Magistrate Judge James M. Wicks
United States District Court for the
 Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:     **SEC v. Peter Quartararo, et al., 21 Civ. 02305-JMA-JMW (E.D.N.Y.)**

Dear Magistrate Judge Wicks:

     In anticipation of the January 6, 2023 status conference and per the Court's Order of November 5, 2022, Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this status report in the above matter. The matter has been stayed since October 21, 2021, pending resolution of the ongoing parallel criminal proceeding in the Supreme Court, Nassau County.

     As the Court requested this status report be filed jointly, the Commission reached out to all of the parties. All of the parties consent to the filing of this status report, except Defendant Peter Quartararo ("P. Quartararo"), who is apparently *pro se* and has not filed an answer or responded to the Commission with respect to this letter.

**Relief Defendants Paul Casella, Lisa Eckert, and Private Equity Solutions, Inc.**

     Since the last status update on November 4, 2022 (docket no. 42), Relief Defendants Paul Casella ("Casella") and Lisa Eckert ("Eckert") have resolved their criminal proceedings. Commission counsel has reached a settlement in principle with Casella and Eckert in this matter, but we are seeking approval for the settlements from the five-member Commission itself. We anticipate that the Commission review process for the settlement will take about six to eight weeks. If the Commission approves the settlement, the parties will submit the consent judgments to Judge Azrack for her approval.

     With regard to Relief Defendant Private Equity Solutions, Inc. ("PES"), which has not appeared in this action through counsel, counsel for Casella—PES's

President—has informed Commission counsel that PES has no assets and is inoperative, and that Casella, through his counsel, intends to file dissolution papers. In light of that information, we are considering our options, including seeking additional information from Casella.

**Relief Defendant Leonard Quartararo**

Relief defendant Leonard Quartararo ("L. Quartararo") has also settled his parallel criminal proceeding, and our settlement discussions with him are ongoing. Should we reach a settlement in principle, we will promptly inform the Court. As with the other relief defendants, we would have to recommend any such resolution to the Commission, which must approve the settlement for the parties to enter into it.

**Defendant Peter Quartararo**

We contacted Defendant P. Quartararo on January 3, 2023, to seek his consent to the contents of this letter and to notify him of the January 6 settlement conference, but we have not received a response. P. Quartararo has not filed an Answer in this matter or responded to any communications from Commission counsel. We understand from the Nassau County District Attorney's Office that P. Quartararo has not pleaded guilty, that there has not yet been a criminal trial in the parallel criminal proceeding, and that the District Attorney's Office anticipates that a trial will be scheduled later this year.

Respectfully submitted,

Bennett Ellenbogen
Senior Counsel
Plaintiff Securities and Exchange
    Commission

cc: Peter Quartararo (via UPS)
    Paul Casella (via ECF)
    Lisa Eckert (via ECF)
    Leonard Quartararo (via ECF)
    Private Equity Solutions (via UPS)