

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

November 14, 2023

**Via ECF**

Magistrate Judge Joan M. Azrack
United States District Court for the
 Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    <u>SEC v. Peter Quartararo, et al.</u>, 21 Civ. 02305-JMA-JMW (E.D.N.Y.)

Dear Magistrate Judge Azrack:

    Per the Court's October 30, 2023 order, Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this status report in the above matter. The matter has been stayed since October 21, 2021, pending resolution of the ongoing parallel criminal proceeding in the Supreme Court, Nassau County.  Only the claims against Defendant Peter Quartararo and Relief Defendant Leonard Quartararo remain outstanding.

    **Peter Quartararo**

    Peter Quartararo has not filed an Answer in this matter or responded to any communications from Commission counsel. P. Quartararo has been charged by the Nassau County District Attorneys Office with 5 counts of Grand Larceny in the Second Degree, 1 count of Grand Larceny in the Third Degree and 1 count of Scheme to Defraud in the First Degree. We understand that P. Quartararo's next court hearing in that matter is scheduled for January 16, 2024.

    **Leonard Quartararo**

    Relief Defendant Leonard Quartararo has settled his parallel criminal proceeding. We anticipate resuming settlement discussions with him after Peter Quartararo's sentencing.  (As we noted in our prior status report, should we reach a settlement in

Magistrate Judge Joan M. Azrack
November 14, 2023


principle, we will promptly inform the Court. We would have to recommend any such resolution to the Commission, which must approve the settlement for the parties to enter into it.)

                                      Respectfully submitted,

                                      /s/ Lindsay Moilanen

                                      Lindsay Moilanen
                                      Assistant Regional Director
                                      Plaintiff Securities and Exchange
                                              Commission

cc:  Peter Quartararo (via UPS)
      Leonard Quartararo, via counsel Robert Abiuso (via ECF)