

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

February 16, 2024

**Via ECF**

Judge Joan M. Azrack
United States District Court for the
 Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    **SEC v. Peter Quartararo, et al., 21 Civ. 02305-JMA-JMW**

Dear Judge Azrack:

    Per the Court's November 17, 2023 order, Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this status report in the above matter. The matter has been stayed since October 21, 2021, pending resolution of the ongoing parallel criminal proceeding in the Supreme Court, Nassau County. Only the claims against Defendant Peter Quartararo and Relief Defendant Leonard Quartararo remain outstanding.

### Peter Quartararo

    On February 9, 2024, Peter Quartararo pleaded guilty to six counts of Grand Larceny and one count of Scheme to Defraud. His sentencing date is June 14, 2024. We plan to engage in settlement negotiations after his sentencing to the extent we can contact him. As noted in prior status reports, Peter Quartararo has not responded to any communications from Commission counsel, and has not filed an Answer in this matter.

### Leonard Quartararo

    Relief Defendant Leonard Quartararo has settled his parallel criminal proceeding. He had previously requested we engage in settlement discussions after his son Peter Quartararo's sentencing, so we similarly plan to seek to resolve the matter after Peter Quartararo's sentencing.

Judge Joan M. Azrack
February 16, 2024

    As we noted in our prior status reports, should we reach any settlements in principle, we will promptly inform the Court. We would have to recommend any such resolution to the Commission, which must approve the settlement for the parties to enter into it.

                                      Respectfully submitted,

                                      Bennett Ellenbogen
                                      Senior Counsel
                                      Plaintiff Securities and Exchange
                                              Commission

cc:  Peter Quartararo (via UPS)
      Leonard Quartararo, via counsel Robert Abiuso (via ECF)