

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

February 27, 2025

**VIA ECF**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

    Re:    <u>**SEC v. Peter R. Quartararo, et al., 21 Civ. 02305-JMA-AKT**</u>

Dear Judge Azrack:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter seeking approval of the attached proposed final consent judgment ("Judgment") as to Relief Defendant Leonard Quartararo ("Quartararo") which, if approved, would resolve the Commission's claims against him.

    The Court should approve the Judgment because it is fair and reasonable under *SEC v. Citigroup Global Markets, Inc.*, 752 F 3d 285 (2d Cir. 2014).  The Judgment would find that Quartararo is liable for disgorgement of ill-gotten gains that he received in the amount of $20,103.98 and prejudgment interest in the amount of $4,862.02.  While Quartararo received additional ill-gotten gains in connection with the conduct alleged in the SEC's Complaint, the disgorgement amount that the parties have agreed to, and that is reflected in the Judgment, takes into consideration that Quartararo has already forfeited $168,167.14 in the factually related civil forfeiture action *Smith v. Quartararo, et al.*, No. 21-238 (N.Y. Sup.).  Because disgorgement and prejudgment interest are the only remedies the Complaint seeks as to Quartararo, whom the SEC does not allege violated the securities laws, the Judgment is fair and reasonable.

The Commission therefore respectfully requests that the Court approve the attached proposed consent judgment as to Quartararo.

                              Respectfully Submitted,

                              /s/ Bennett Ellenbogen
                              Senior Counsel
                              Securities and Exchange Commission
                              100 Pearl St., Suite 20-100
                              New York, NY 10004
                              (212) 336-0062
                              ellenbogenb@sec.gov

cc:    Robert Abiuso, Esq.
        Defendant Peter Quartararo (via UPS)