UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

PETER R. QUARTARARO,

        Defendant.

2:21 Civ. 2305 (JMA)(JMW)

## DECLARATION OF TODD D. BRODY IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

1. I am an attorney of record for the Plaintiff Securities and Exchange Commission ("SEC" or "Commission") in the above-captioned case. I submit this declaration in support of the SEC's Motion for the Entry of Judgment by Default pursuant to 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2 against Defendant Peter Quartararo ("Quartararo").

2. I make this declaration based on my first-hand knowledge, which includes my review of documents that the SEC obtained in connection during its investigation of this matter.

3. The SEC's Complaint identifies the defrauded investors as Investors A-D. Investor A is William Coccia. Investor B is Lorraine Greiner. Investor C is Chris Armata. And Investor D is Peter Armata. I identify the investors by name in this declaration in order to demonstrate that these are the same victims who were the subject of Quartararo's plea allocution in the criminal case captioned *People v. P. Quartararo*, CR005128-21NA (the "Parallel Criminal Case").

4. Attached hereto as Exhibit A is a true and correct copy of a felony complaint, dated April 26, 2021 in the Parallel Criminal Case.

5. Attached hereto as Exhibit B is a true and correct copy of a transcript of a hearing in the Parallel Criminal Case.

6. Attached hereto as Exhibit C is a true and correct copy of a February 21, 2013 Default Decision issued by the Financial Industry Regulatory Authority Office of Hearing Officers in the case captioned *Department of Market Regulation v. Peter Raymond Quatararo* (CRD No. 3079675), Disciplinary Proceeding No. 20120314510-01.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of March 2025.

                                         /s/ Todd D. Brody
                                     Todd D. Brody
                                     Senior Trial Counsel
                                     SECURITIES AND EXCHANGE COMMISSION
                                     100 Pearl St., Suite 20-100
                                     New York, NY 10004
                                     (212) 336-0080
                                     brodyt@sec.gov